Mohammed Khan appellant, Wilmington Trust, N.A. Appley. Okay, I think it's... Go ahead, Mr. Graff. Good afternoon, Your Honors. Arnold Graff, appearing for appellee. Okay, and I think, let me just confirm, is anyone here for Mr. Khan? Apparently not. Okay, so nobody will be arguing for the appellant. Mr. Graff, anything you want to say or do you want to rest on your briefs? It's up to you. Well, in this case, we didn't file a responsive brief. I'm just here to answer any questions you may have. If you really did do all the research, you'll see that this is a really long history filled with a lot of unauthorized transfers, bankruptcy filings, and this is just the latest step in a very long line of bad faith acts. Any questions? Any questions on the panel for Mr. Graff? No questions. Okay, we have no questions. Unless there's anything else you'd like to tell us, we'll just take the matter under submission. Thank you, Your Honor. Okay, the matter is submitted. Yes, sir. I'm not sure whether or not my case was called. It was not. You're in the Lemus case? Yes, Your Honor. I apologize. All right, quite all right. That's the next one. We're just about to get to that one. Anyway, the Khan case is submitted and we'll get you a decision promptly. So, Madam Clerk, please call the next case, the Lemus case.
judges: Faris, Brand, Corbit